IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER JONES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al** | : | **NO. 08-3336** |

## ORDER

**AND NOW**, this 24th day of February, 2011, upon consideration of Defendants' "Motion for Summary Judgment" (Doc. No. 59), Plaintiff's response, and Defendants' reply, it is hereby **ORDERED** that Defendants' "Motion for Summary Judgment" (Doc. No. 59) is **GRANTED in part** and **DENIED in part**.

                                                **BY THE COURT:**

                                                **/S/ Mitchell S. Goldberg**
                                                _____
                                                **Mitchell S. Goldberg, J.**